**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ERNESTO CONILL PEREZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. CIV-26-2219-R** |
| | ) | |
| **JOHN DOE 16,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**REPORT AND RECOMMENDATION**

Plaintiff, a federal prisoner appearing pro se, has filed an application for leave to proceed in forma pauperis. Doc. 9. United States District Judge David L. Russell referred this action to the undersigned Magistrate Judge for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (C). Doc. 4. Having reviewed the application, the undersigned finds that Plaintiff has sufficient funds to prepay the full filing fee. *See* 28 U.S.C. § 1914(a).

Plaintiff's inmate savings account statement reflects a balance of $5,013.39. Doc. 9, at 3. So he does not qualify for authorization to proceed without prepayment of the filing fee. The undersigned therefore recommends the Court deny Plaintiff's application and order him to prepay the full filing fee for this action to proceed. 28 U.S.C. § 1914(a); *see also* LCvR3.3(d).[1] The

[1] The filing fee is $350.00. *See* 28 U.S.C. § 1914(a). In addition, an administrative fee of $55.00 must be paid. *See Judicial Conf. Sched. of Fees, Dist. Ct. Misc. Fee Sched.* ¶ 14. The total amount due is $405.00.

undersigned further recommends that the Court dismiss this action without prejudice to refiling unless Plaintiff pays the filing fee in full to the Clerk of the Court within twenty-one (21) days of any order adopting this Report and Recommendation. *See* LCvR3.3(e).

The undersigned advises Plaintiff that he may file an objection to this Report and Recommendation with the Clerk of this Court by October 29, 2026. The undersigned further advises Plaintiff that failure to timely object to this Report and Recommendation waives the right to appellate review of both factual and legal issues contained herein. *Moore v. United States*, 950 F. 2d 656, 659 (10th Cir. 1991).

This Report and Recommendation disposes of all issues referred to the undersigned Magistrate Judge in this matter.

**ENTERED** this 8th day of October, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE